UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

DAVID DIAZ

                      Plaintiff,

Case No. 1:24-cv-00521-LJL

v.

UNITED AIRLINES, INC.

                      Defendant.

## ORDER AUTHORIZING SERVICE OF A FED. R. CIV. P. 45 DEPOSITION SUBPOENA UPON DR. ANNA WISNIEWSKA, MD, BY ALTERNATIVE MEANS

Upon the Motion submitted by United Airlines, Inc. ("United") requesting that this Court authorize alternative means of service of a Fed. R. Civ. P. 45 deposition subpoena upon Plaintiff David Diaz's ("Plaintiff") treating physician, Dr. Anna Wisniewska, MD ("Wisniewska"), and the exhibits annexed thereto, having shown:

1. personal service upon Dr. Wisniewska is impracticable, and

2. United has been diligently attempting personal service without success, and

3. service by certified mail and regular mail is reasonably calculated to provide actual notice, comporting with the due process requirements.

**IT IS ON THIS** 27 **DAY OF** May , 2025

**ORDERED**, that UNITED AIRLINES, INC.'s motion to serve a Fed. R. Civ. P. 45 deposition subpoena upon Dr. Wisniewska, in connection with *David Diaz v. United Airlines, Inc.*, Case No. 1:24-cv-00521 (the "Action"), is **GRANTED**.

**IT IS FURTHER ORDERED** that UNITED may serve the deposition subpoena by certified mail and regular mail, <u>along with a copy of this order</u>, upon Dr. Wisniewska at the following address: 3052 Brighton 1st St., Apt. 4D, Brooklyn, NY 11235.

_____
UNITED STATES DISTRICT COURT JUDGE